IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 13-23216 |
| Michael Angel Garcia, and Julie Ann Garcia, *Debtor* | ) |
| | ) Chapter: 7 |
| Honda Financial Services, *Creditor* | ) |
| | ) |
| vs. | ) |
| | ) |
| Michael Angel Garcia, and Julie Ann Garcia, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Eric C. Rajala, *Trustee* | ) |

## MOTION FOR ORDER MODIFYING AUTOMATIC STAY

COMES NOW, Honda Financial Services, its subsidiaries, affiliates, predecessors in interests, successors or assigns, ("Creditor"), and in support of its motion, states as follows:

1. Michael Angel Garcia, and Julie Ann Garcia, Debtor, is indebted to Honda Financial Services in the sum of $7,305.64, plus interest. Debtor's debt is secured by a first, prior and duly perfected security interest in, to and against 2012 Honda NC700XC VIN:JH2RC6350CK002226 Debtor's debt, Movant's interest, and the perfection of Movant's security interest are evidenced by the documents which are listed on the Summary of Exhibits and attached hereto.

2. The Movant's interest in and to the Collateral is not adequately protected and the Movant will sustain irreparable harm, loss, damage and prejudice if the automatic stay imposed by Section 362(a) of the Bankruptcy Code is not modified as hereinafter prayed. In particular:

(a) The Debtor is past due for the January, 2014 payments and all payments thereafter for a total delinquency of $945.96, plus interest, excluding to the extent of any applicable late charges, attorney fees and/or attorney costs or other fees or costs included herein in the Note and Security Agreement.

(b) The Collateral is secured beyond its value of $5,695.00 and the Debtor has no

equity therein, based upon NADA value.

(c) The Debtor's Statement of Intention provides that the Collateral is to be retained by Debtor.

**WHEREFORE**, Movant, its successors or assigns, respectfully requests the Court to enter, among others, the following orders:

(a) An order modifying the automatic stay for the purpose of allowing Movant to repossess and sell the collateral and to apply all proceeds therefrom to the Debtor's debt;

(b) An order waiving the 14-day stay imposed by Bankruptcy Rule 4001(a)(3).

(c) An order granting such other and further relief as the Court deems just.

SOUTH & ASSOCIATES, P.C.
s/Wendee Elliott-Clement
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 169235
Case No: 13-23216

Case 13-23216   Doc# 40   Filed 04/28/14   Page 2 of 8

equity therein, based upon NADA value.

(c) The Debtor's Statement of Intention provides that the Collateral is to be retained by Debtor.

**WHEREFORE**, Movant, its successors or assigns, respectfully requests the Court to enter, among others, the following orders:

(a) An order modifying the automatic stay for the purpose of allowing Movant to repossess and sell the collateral and to apply all proceeds therefrom to the Debtor's debt;

(b) An order waiving the 14-day stay imposed by Bankruptcy Rule 4001(a)(3).

(c) An order granting such other and further relief as the Court deems just.

SOUTH & ASSOCIATES, P.C.
s/Wendee Elliott-Clement
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below who have requested notice but are not participating in the ECF System, on the date entered on the Court's docket.

SOUTH & ASSOCIATES, P.C.
    s/Wendee Elliott-Clement
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
ATTORNEYS FOR CREDITOR

Michael A. Garcia
Julie Ann Garcia
5222 Crest Drive
Kansas City, KS 66106
DEBTOR

James W. Lusk
Rosehill Office Park 1
8725 Rosehill Road, Suite 105
Lenexa, KS 66215
ATTORNEY FOR DEBTOR

Eric C. Rajala
341 Metcalf Bank Bldg.
11900 College Blvd.
Overland Park, KS 66210
TRUSTEE

File No. 169235
Case No: 13-23216

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| In Re: | ) |
| | ) |
| Michael Angel Garcia, and Julie Ann Garcia, *Debtor* | ) |
| | ) Case No. 13-23216-rdb |
| | ) |
| Honda Financial Services, *Creditor* | ) Chapter: 7 |
| | ) |
| vs. | ) |
| | ) |
| Michael Angel Garcia, and Julie Ann Garcia, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Eric C. Rajala, *Trustee* | ) |
| | ) |

SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

Pursuant to L.B.R. 9040-1, the following exhibits to the Motion for Order Modifying Automatic Stay are otherwise available upon request:

1. Retail Installment Contract/Security Agreement dated February 2, 2012

2. Title Record

Respectively submitted,


SOUTH & ASSOCIATES, P.C.
      s/Wendee Elliott-Clement
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
ATTORNEYS FOR CREDITOR

A copy of the above served this on April 28, 2014 to:

Michael Angel Garcia
Julie Ann Garcia
5222 Crest Drive
Kansas City, KS 66106
**DEBTOR**

James W. Lusk
Rosehill Office Park 1
8725 Rosehill Road, Suite 105
Lenexa, KS 66215
**ATTORNEY FOR DEBTOR**

Eric C. Rajala
341 Metcalf Bank Bldg.
11900 College Blvd.
Overland Park, KS 66210
**TRUSTEE**

File No. 169235
Case No: 13-23216

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number __105918__  Contract Number __99109781__

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| GARCIA, MICHAEL<br>15202 N 40TH ST #229<br>PHOENIX AZ 85032 | | North Valley Honda Kawasaki<br>14627 N. Cave Creek Road<br>Phoenix, AZ 85032 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2012 | HONDA NC700XC | | JH2RC6350CK002226 | Personal, family, or household unless otherwise indicated below<br>☒ business<br>☐ agricultural ☐ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1,080.00 |
|---|---|---|---|---|
| 15.994 % | $ 3467.67 | $ 7558.53 | $ 11026.20 | $ 12,106.20 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $183.77 | Monthly beginning 3/4/2013 |

Or As Follows:

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price
   - A  Cash Price of Motor Vehicle (including accessories, services) $ 7,405.26
   - B  Sales Tax $ 224.58
   - C  Prior Credit or Lease Balance paid to _____ $ 0.00
   - D  Other _____ $ 0.00
   - E  Other _____ $ 0.00
   - F  Other _____ $ 0.00
   - G  Other _____ $ 0.00
   - H  Other _____ $ 0.00
   - Total Cash Price (A through H) $ 7,639.84 (1)
2. Total Downpayment =
   - Trade-In 2008 HONDA VT750
   - Gross Trade-In Allowance $ 4882.88
   - Less Pay Off Made By Seller $ 4882.88
   - Equals Net Trade In $ 0.00
   - + Cash $ 1080.00
   - + Other $ 0.00
   - (If total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C. above) $ 1,080.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 6,559.84 (3)
4. Other Charges including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A  Cost of Optional Credit Insurance Paid to the Insurance Company or Companies
     - Life $ 0.00
     - Disability $ 0.00  $ 0.00
   - B  Other Optional Insurance Paid to Insurance Company or Companies $ 0.00
   - C  Optional Gap Contract  Safe Guard  $ 0.00
   - D  Official Fees Paid to Government Agencies $ 0.00
   - E  Government Taxes Not Included in Cash Price $ 0.00
   - F  Government License and/or Registration Fees (identify) _____ $ 140.74
   - G  Government Certificate of Title Fees $ 0.00
   - H  Other Charges (Seller must identify who is paid and describe purpose)
     - to NVM for Doc Fee $ 295.95
     - to State of AZ for Tire Tax $ 2.00
     - to MBB for Warranty $ 560.00
     - to _____ for Tire Guard $ 0.00
     - to _____ for PrePaid Maint $ 0.00
     - to _____ for Theft Protection $ 0.00
     - to _____ for _____ $ 0.00
     - to _____ for _____ $ 0.00
     - to _____ for _____ $ 0.00
   - Total Other Charges and Amounts Paid to Others on Your Behalf $ 998.69 (4)
5. Amount Financed (3 + 4) $ 7558.53 (5)

If the "Amount Financed" exceeds $53,000 or if the motor vehicle is primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance".

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____, Year _____. SELLER'S INITIALS _____

### Insurance Panel (right column)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**
☒ Credit Life:  ☒ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $  $0.00
Credit Disability $  $0.00

Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A  N/A
  Type of Insurance  Term
Premium $ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

☐ N/A
  Type of Insurance  Term
Premium $ N/A
Insurance Company Name _____ N/A
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature    Date

X _____
Co-Buyer Signature    Date

**Returned Check Charge:** You agree to pay a charge of $25.00, plus actual charges assessed by a financial institution, if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ Mos.
Name of Gap Contract _____
I want to buy a gap contract.
Buyer Signs X _____

---

### FOR USED VEHICLES ONLY
The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.
**ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:**
**ATENCION COMPRADOR: FIRME AQUI SOLAMENTE SI EL VENDEDOR TE HA DICHO QUE EL VEHICULO TIENE EL SIGUIENTE PROBLEMA(S) Y QUE USTED ESTA DE ACIERTO DE COMPRA EL VEHICULO BAJO ESTOS TERMINOS:**

1. _____  2. _____  3. _____

X _____  X _____
Buyer Signs  (Date)  Co-Buyer Signs  (Date)

### WARRANTIES
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is – not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose. This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

☐ **IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO** _____

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X /s/ Michael G. Garcia  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**NOTICE TO THE BUYER:** (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract, and retain its right to receive a part of the Finance Charge.*

| You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it. | ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS. | The Arizona Department of Financial Institutions regulates the Seller and can be contacted at 2910 North 44th Street, Suite 310, Phoenix, Arizona 85018, (602) 255-4421, if you have any complaints concerning this contract. |
|---|---|---|

X /s/ Michael G. Garcia  2/2/2013                NORTH VALLEY MOTORSPORTS  2/2/2013
Buyer Signs  Date                               Seller Signs  Date
X _____  2/2/2013                          By X /s/                                FINANCE MANAGER
Co-Buyer Signs  Date                                                                    Title

### SEE BACK FOR OTHER IMPORTANT TERMS AND AGREEMENTS.
**Co-Buyers and Other Owners** — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Date _____  Address _____

Seller assigns its interest in this contract to AMERICAN HONDA FINANCE CORP (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse                        ☐ Assigned with limited recourse
Seller  North Valley Honda Kawasaki             Title  FINANCE MANAGER

LAW FORM NO. 553-AZ (REV. 1/11)                 ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed with a day counted as 1/365th of a year (or 1/366th in a leap year).
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the cost of the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract, or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we will subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
      If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give us false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **Debtor's Liability for Failure to Return Vehicle:** If you are in default, we may send you a notice of default. It is unlawful to fail to return a motor vehicle subject to a security interest within 30 days after receiving notice of default. A notice of default may be mailed to the address on the contract. It is your responsibility to keep the listed address current. Unlawful failure to return a motor vehicle subject to a security interest is a class 6 felony. Assuming there are no aggravating circumstances, and you have no prior felony convictions, the maximum penalty is 1.5 years in prison and a $150,000 fine.
   d. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any reasonable collection costs we incur as the law allows.

   e. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   f. **How you can get the vehicle back.** If we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   g. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   h. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   **Spanish Translation: Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

5. **Servicing and Collection Contacts.**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

6. **Applicable Law**
   Federal law and the law of the state of the Seller's address shown on the front of this contract apply to this contract.

7. **SELLER'S RIGHTS IN ABSENCE OF CREDIT APPROVAL:**
   (a) You agree to furnish us any documentation necessary to verify information contained in the credit application. (b) You acknowledge that it may take a few days for us to verify your credit and assign this contract. In consideration of our agreeing to deliver the vehicle, you agree that if we are unable to assign the contract to any one of the financial institutions with which we regularly do business pursuant to terms of assignment acceptable to us, we may cancel this contract. (c) In the event we cancel this contract, we shall give you notice of the cancellation. Upon delivery of such notice, you shall immediately return the vehicle to us in the same condition as when sold reasonable wear and tear excepted. We agree, upon cancellation of this contract to restore to you all consideration we received in connection with this contract, including any trade-in vehicle. (d) In the event the vehicle is not immediately returned to us upon notice of our cancellation of this contract, you agree to pay and shall be liable to us for all expenses incurred by us in obtaining possession of the vehicle, including attorney's fees, and we shall have the right to repossess the vehicle with free right of entry wherever the vehicle may be found, as the law allows. (e) While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and all risk of loss or damage in the vehicle shall be assumed by you, you shall pay all reasonable repair costs related to any damage sustained by the vehicle while in your possession or control of and until the vehicle is returned to us.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

### GUARANTY

The undersigned, jointly and severally, guarantee payment of all amounts owing under this contract and the payment upon demand of the entire amount owing on this contract in the event of default in payment by Buyer named therein. The undersigned waives notice of performance, demands for performance, notice of non-performance, protests, notice of protests, notice of dishonor, notice of acceptance of this Guaranty, of any extensions in time of payment, of sale of any of the collateral and of all other notices to which the undersigned would be otherwise entitled by law and agrees to pay all amounts owing thereunder upon demand, without requiring any action or proceeding against Buyer, and specifically waives any right to require action against Buyer as provided in A.R.S. §§ 12-1641 et seq. The undersigned agree to deliver to Seller or, after assignment, to Assignee timely financial statements and any other information relating to the undersigned's financial condition as may be reasonably requested. The undersigned acknowledges receipt from the Seller, prior to signing below, of a separate "Notice to Cosigner."

| DATED AT | GUARANTOR |
|---|---|
| DATED AT | GUARANTOR |

**Marital Community Property Joinder:** The undersigned spouse of the Guarantor joins in the execution of this guaranty for the purpose of binding the marital property of the Guarantor, and the undersigned, in accordance with A.R.S. § 25-214 or other applicable law. THE UNDERSIGNED SPOUSE OF THE GUARANTOR ACKNOWLEDGES RECEIPT FROM THE SELLER, PRIOR TO SIGNING BELOW, OF A SEPARATE "NOTICE TO COSIGNER."

| Date | Spouse of the Guarantor |
|---|---|

Form No. 553-AZ (1/13)

Search  Work Queues  Reports  Utilities  User Setup

Account: ████████████████    Loan: ████████████████    LoanSumx: 1    Branch: █████    Make: █/█    Model: ██████

**Overview** | Customers | Property | Dealer Info | Lien Filing | Release | Duplicate Title | Follow Up | Direct Lending Services | Additional Documents

- Primary customer: **MICHAEL GARCIA**
- Secondary customer:
- Home phone:
- Address: **5222 CREST DR**
  **KANSAS CITY, KS 66106-3354**
- Alert when perfected: ☐ Client ☐ CMS
- Dealer: **P**
- EOT Indicator:
- User Defined 3:
- Lienholder Status Code:
- Business Unit:
- Dealer ID/Name: **00105918/NORTH VALLEY MOTORSPORTS**

- Recovery type:
- Amount Financed: **7558.53**
- Financed date: **02/02/2013**
- Booked date:
- Expected payoff date: **02/17/2018**
- Payoff date:
- Perfected date: **2/19/2013**
- State: **AZ**
- Account subtype: None
- Expected Contract Type:

[ Edit ]

---

### Title

VIN/HIN: **JH2RC6350CK002226**   State: **AZ**   Title Number: **BH36013046019**
Year: **2012**   Make/Builder: **HOND**   Model: **MC**

**Overview** | Owners | Property | Liens | Title Maint

- Owner(s): **MICHAEL A GARCIA**
- Lienholder: **AMERICAN HONDA FINANCE CORPORATION**
- Match Type: **AUTOMATIC**
- Match Date: **2/19/2013**
- Issuance Date: **2/15/2013**
- Imported Date: **2/19/2013**

- Closed Date:
- Closed Reason:
- Document Location: